UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| ARTHUR G. GRANT | * | CIVIL ACTION NO. 18-0195 |
|---|---|---|
| vs. | * | JUDGE TERRY A. DOUGHTY |
| UNITED STATES OF AMERICA | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that this civil action be **DISMISSED WITHOUT PREJUDICE** for failure to comply with the orders of this Court. Fed. R. Civ. P. 41(b).

THUS DONE AND SIGNED this 13th day of August, 2019, in Monroe, Louisiana.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE